UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NUNO CASANOVA,**

    **Plaintiff,**

    **v.**                                                  CA No. 05-496 (JMF)

**MARATHON CORPORATION** *et al.*,

    **Defendants.**

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that Third Party Defendant/Cross-Defendant Aggregate and Dirt Solutions, LLC's Motion for Summary Judgment [#69] is **DENIED.**

    **SO ORDERED.**

                                                             _____
                                                             **JUDGE JOHN M. FACCIOLA**
**March 6, 2007**                                   **UNITED STATES MAGISTRATE JUDGE**