# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**NUNO CASANOVA,**

    **Plaintiff,**

    **v.**                                                             CA No. 05-496 (JMF)

**MARATHON CORPORATION** *et al.*,

    **Defendants.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the Motion for Summary Judgment of Fourth Party Defendant Aggregate and Dirt Solutions, LLC [#137] is **GRANTED**. It is further, hereby,

**ORDERED** that Third Party Defendant Fort Myer Construction Corporation's Motion for Summary Judgment Against the Plaintiff [#140] is **GRANTED**. It is further, hereby,

**ORDERED** that the Motion for Summary Judgment by Third-Party Defendant, FMC Civil Construction, LLC [#142] is **GRANTED**. It is further, hereby,

**ORDERED** that Defendant Capital Paving of D.C. Inc[.] and Third Party Defendant L&S Construction's Adopted Motion for Summary Judgment Against the Plaintiff [#143] (See #141) is **GRANTED**. Finally, it is, hereby,

**ORDERED** that entry of judgment in favor of the above movants and any other party hereto is stayed pending resolution of Plaintiff's Motion for Reconsideration of the Court's August 11, 2008 [Order] Granting Summary Judgment in Favor of Defendant Capitol Paving of D.C., Inc. [#179].

**SO ORDERED.**

                                              /S/
                                  JOHN M. FACCIOLA
Dated: September 24, 2008      UNITED STATES MAGISTRATE JUDGE